UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME MORRIS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 18-12090

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
PATRICIA T. MORRIS

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [15]; GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [12]; DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [13]; AND REMANDING CASE**

On July 18, 2019, the Magistrate Judge issued a Report and Recommendation ("R&R") [15] on Plaintiff Jerome Morris's *pro se* Motion for Summary Judgment [12] and Defendant's Motion for Summary Judgment [13]. The R&R recommended that the Court grant Plaintiff's Motion for Summary Judgment, deny Defendant's Motion for Summary Judgment, and remand the case to the Commissioner for further proceedings. Neither party has filed any objection to the R&R.

The Court having reviewed the record, the R&R [15] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [12] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [13] is **DENIED**.

**IT IS FURTHER ORDERED** that the case is **REMANDED** to the ALJ for further proceedings consistent with the R&R.

**SO ORDERED**.

                                                  s/Arthur J. Tarnow
                                                  Arthur J. Tarnow
Dated: August 8, 2019                   Senior United States District Judge